**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MCKAY, MICHAEL A.            § | Case No. 09-75761 |
|         MCKAY, JENNIFER M.          § | |
|                                     § | |
| Debtor(s)                           § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>STEPHEN G. BALSLEY                    </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

　　The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
　　U.S. Courthouse
　　327 South Church Street
　　Room 1100
　　Rockford, IL  61101

　　Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 09/26/2012 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: _/ /_____    By: ___/s/ STEPHEN G. BALSLEY____
                                                                                  Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: MCKAY, MICHAEL A. | § | Case No. 09-75761 |
|---|---|---|
| MCKAY, JENNIFER M. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 29,656.28 |
| *and approved disbursements of* | $ 12,910.43 |
| *leaving a balance on hand of* [1] | $ 16,745.85 |
| **Balance on hand:** | $ 16,745.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Navy Federal Credit Union | 56,984.37 | 0.00 | 0.00 | 0.00 |
| | Total to be paid to secured creditors: | | | $ | 0.00 |
| | Remaining balance: | | | $ | 16,745.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,415.63 | 0.00 | 3,415.63 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 5,073.50 | 0.00 | 5,073.50 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Total to be paid for chapter 7 administration expenses: | | $ | 8,749.13 |
| Remaining balance: | | $ | 7,996.72 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 7,996.72 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 7,996.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,747.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Southwest Gas Corp. | 111.78 | 0.00 | 20.44 |
| 2 | Ryan Brothers Ambulance Inc | 217.65 | 0.00 | 39.78 |
| 3 | Arizona Public Service | 367.45 | 0.00 | 67.17 |
| 4 | MDC Environmental Services | 41.93 | 0.00 | 7.66 |
| 6 | Navy Federal Credit Union | 33,019.11 | 0.00 | 6,035.64 |
| 7 | American Express Bank, FSB | 9,989.67 | 0.00 | 1,826.03 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 7,996.72 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
                            Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-75761-MB
Michael A. McKay                                                        Chapter 7
Jennifer M. McKay
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: lorsmith            Page 1 of 3            Date Rcvd: Aug 31, 2012
                               Form ID: pdf006           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2012.
```
db/jdb       +Michael A. McKay,    Jennifer M. McKay,    PO Box 211,    Juda, WI 53550-0211
14912028     +Alliance Protection Serivces,    PO Box 75407,    New River, AZ 85087-1025
19332449      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14912029     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
14912034     +BYL Collection Services,    PO Box 101928,    Dept. 2491,    Birmingham, AL 35210-6928
14912033     +Brodhead EMS. Inc.,    c/o Lifequest Billing Offices,    N2930 State Road 22,
               Wautoma, WI 54982-5267
14912035     +Byl Services,    301 Lacey St,    West Chester, PA 19382-3727
14912036     +Chrysler Financial Services Americas LLC,    c/o Riezman Berger PC,    7700 Bonhomme 7th Floor,
               St. Louis, MO 63105-1960
14912037     +City of McHenry,    333 South Green Street,    McHenry, IL 60050-5495
14912041     +Farmers Insurance Group,    Kent E. Brinson Ins. Agency, Inc.,    1850 E. Southern Ave., Suite 2,
               Tempe, AZ 85282-5882
14912042     +Focus Receiveables Management,    1130 N. Chase Pkwy, Suite 150,    Marietta, GA 30067-6429
14912043     +Gavilian Peak Family Practice,    3648 W. Anthem Way, A100,    Phoenix, AZ 85086-7002
14912044     +H E Stark Agency,    6425 Odana Rd,    Madison, WI 53719-1189
14912045     +Harris & Harris,    PO Box 5598,    Chicago, IL 60680-5598
14912046     +MDC Environmental Services,    1050 Greenlee Street,    Marengo, IL 60152-8246
19278899     +MDC Environmental Services,    5450 Wansford Way Suite 201,    Rockford, IL 61109-7549
14912051     +NCO Financial,    PO Box15760,    Dept. 07,    Wilmington, DE 19850-5760
14912052     +Nely Piper,    404 Jefferson Court,    Wheeling, IL 60090-5917
14912054     +ONWEST 18,    PO Box 1022,    Wixom, MI 48393-1022
19183485     +Ryan Brothers Ambulance Inc,    H.E. Stark Agency, Inc.,    POB 45710,    Madison, WI 53744-5710
14912055     +Scottsdale Healthcare-SHEA,    PO Box 29689,    Phoenix, AZ 85038-9689
14912056      Southwest Gas Corp.,    PO Box 1498,    Victorville, CA 92393-1498
14912057     +Terminix,    7845 E. Gelding Drive #105,    Scottsdale, AZ 85260-2927
14912058     +Tramonto Community Assoc.,    C/o AAM, LLC,    7740 N. 16th Street, Suite 300,
               Phoenix, AZ 85020-4473
14912059     +UW Health,    Acct. Services Dept.,    PO Box 3006,    Milwaukee, WI 53201-3006
14912060    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14912032      E-mail/Text: bankruptcy@aps.com Sep 01 2012 00:22:20      Arizona Public Service,
               Po Box 53933 Station 3209,    Phoenix, AZ 85072-3933
14912039      E-mail/Text: legalcollections@comed.com Sep 01 2012 00:23:34      ComEd,   PO Box 6111,
               Carol Stream, IL 60197-6111
14912040     +E-mail/Text: az.bankruptcies@cox.com Sep 01 2012 00:24:44      Cox Communications,    PO Box 78071,
               Phoenix, AZ 85062-8071
14912044     +E-mail/Text: banko@hestark.com Sep 01 2012 00:26:46      H E Stark Agency,    6425 Odana Rd,
               Madison, WI 53719-1189
14912049      E-mail/Text: bankruptcydepartment@ncogroup.com Sep 01 2012 00:26:16      Nco Fin /99,   Pob 41466,
               Philadelphia, PA 19101
14912047     +E-mail/Text: sue.wiegel@monroeclinic.org Sep 01 2012 00:25:49      Monroe Clinic,
               2009 5th Street,    Monroe, WI 53566-1575
14912048     +E-mail/Text: ext_ebn_inbox@navyfederal.org Sep 01 2012 00:21:13      Navy Federal Cr Union,
               820 Follin Ln Se,    Vienna, VA 22180-4907
19303110      E-mail/Text: ext_ebn_inbox@navyfederal.org Sep 01 2012 00:21:13      Navy Federal Credit Union,
               PO Box 3000,    Merrifield, VA 22119-3000
14912050     +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 01 2012 00:26:16      Nco Fin/22,
               507 Prudential Rd,    Horsham, PA 19044-2308
14912053     +E-mail/Text: bankrup@nicor.com Sep 01 2012 00:21:25      Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14912030    ##+Anderson Crenshaw Asso,    12801 N Central Expy Ste,    Dallas, TX 75243-1704
14912031    ##+Anderson, Crenshaw, and Assoc.,    12801 N. Central Expressway,    Suite 250,
               Dallas, TX 75243-1704
14912038    ##+City of Phoenix,    PO Box 29663,    Phoenix, AZ 85038-9663
                                                                                      TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith             Page 2 of 3              Date Rcvd: Aug 31, 2012
                              Form ID: pdf006            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2012**             **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                  Date Rcvd: Aug 31, 2012
                              Form ID: pdf006             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2012 at the address(es) listed below:

```
              Jay L Dahl    on behalf of Debtor Michael McKay Jaydahllaw@gmail.com
              Kathryn A Klein    on behalf of Creditor  Chrysler Financial Services Americas, L.L.C. f/k/a
               Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
                                                                                             TOTAL: 5
```