# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MCKAY, MICHAEL A.                          §   Case No. 09-75761
      MCKAY, JENNIFER M.                      §
                                     §

  Debtor(s)                                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $216,600.00                     Assets Exempt: $38,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$7,996.72          Claims Discharged
                                            Without Payment: $58,681.51

Total Expenses of Administration:$18,659.56

3) Total gross receipts of $ 29,656.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,000.00 (see **Exhibit 2**), yielded net receipts of $26,656.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $279,106.00 | $56,984.37 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,399.56 | 18,659.56 | 18,659.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,917.17 | 43,747.59 | 43,747.59 | 7,996.72 |
| **TOTAL DISBURSEMENTS** | $346,023.17 | $119,131.52 | $62,407.15 | $26,656.28 |

4) This case was originally filed under Chapter 7 on December 30, 2009. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2012 _____ By: /s/STEPHEN G. BALSLEY _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 ─GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Reimbursement of Medical Expenses Proceeds | 1242-000 | 29,656.28 |
| **TOTAL GROSS RECEIPTS** | | $29,656.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 ─FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Fox & Fox, S.C. | Debtors' Allowed Claimed Exemption | 8100-002 | 3,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,000.00 |

### EXHIBIT 3 ─SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Navy Federal Credit Union | 4110-000 | 56,984.00 | 56,984.37 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 197,579.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 4110-000 | 24,224.00 | N/A | N/A | 0.00 |
| NOTFILED | Tramonto Community Assoc. C/o AAM, LLC | 4110-000 | 319.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $279,106.00 | $56,984.37 | $0.00 | $0.00 |

### EXHIBIT 4 ─CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,415.63 | 3,415.63 | 3,415.63 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 0.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 5,073.50 | 5,073.50 | 5,073.50 |
| Fox & Fox, S.C. | 3991-000 | N/A | 9,885.43 | 9,885.43 | 9,885.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$18,399.56** | **$18,659.56** | **$18,659.56** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southwest Gas Corp. | 7100-000 | 110.60 | 111.78 | 111.78 | 20.44 |
| 2 | Ryan Brothers Ambulance Inc | 7100-000 | 213.00 | 217.65 | 217.65 | 39.78 |
| 3 | Arizona Public Service | 7100-000 | 367.00 | 367.45 | 367.45 | 67.17 |
| 4 | MDC Environmental Services | 7100-000 | 41.93 | 41.93 | 41.93 | 7.66 |
| 6 | Navy Federal Credit Union | 7100-000 | 33,265.00 | 33,019.11 | 33,019.11 | 6,035.64 |
| 7 | American Express Bank, FSB | 7100-000 | 9,989.00 | 9,989.67 | 9,989.67 | 1,826.03 |
| NOTFILED | Nco Fin/22 | 7100-000 | 109.00 | N/A | N/A | 0.00 |
| NOTFILED | Monroe Clinic | 7100-000 | 1,610.46 | N/A | N/A | 0.00 |
| NOTFILED | Gavilian Peak Family Practice | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris | 7100-000 | 171.20 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin /99 | 7100-000 | 367.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Farmers Insurance Group Kent E. Brinson Ins. Agency, Inc. | 7100-000 | 516.16 | N/A | N/A | 0.00 |
| NOTFILED | Scottsdale Healthcare-SHEA | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Terminix | 7100-000 | 162.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | ONWEST 18 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UW Health Acct. Services Dept. | 7100-000 | 261.60 | N/A | N/A | 0.00 |
| NOTFILED | Nely Piper | 7100-000 | 15,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Byl Services | 7100-000 | 112.00 | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliance Protection Serivces | 7100-000 | 414.49 | N/A | N/A | 0.00 |
| NOTFILED | City of McHenry | 7100-000 | 162.04 | N/A | N/A | 0.00 |
| NOTFILED | City of Phoenix | 7100-000 | 188.40 | N/A | N/A | 0.00 |
| NOTFILED | Brodhead EMS. Inc. c/o Lifequest Billing Offices | 7100-000 | 581.04 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 87.25 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Crenshaw Asso | 7100-000 | 1,061.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,917.17 | $43,747.59 | $43,747.59 | $7,996.72 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75761

**Case Name:** MCKAY, MICHAEL A.

MCKAY, JENNIFER M.

**Period Ending:** 12/12/12

**Trustee:**     (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 12/30/09 (f)

**§341(a) Meeting Date:** 02/04/10

**Claims Bar Date:** 08/21/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 35820 N. 34th Lane, Phoenix, AZ | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account located at Chase Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account located at Navey Federal Credit | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account located at Navy Federal Credit U | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | 6 rooms household goods, furnishings and fixture | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2008 Chrysler Town and Country Van | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2000 Saturn SL | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Personal Injury Claim - Loss of Society  (u)<br>   Original value per (5/17/12) Amended Schedule B was $37,300.00.  Debtors amended their Schedule B again (6/8/12) and changed the value to $30,000.00. Exemption allowed pursuant to Order to Compromise Controversy entered 6/25/12. | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Reimbursement of Medical Expenses Proceeds  (u)<br>   Exemption allowed pursuant to Order to Compromise Controversy entered 6/25/12. | 3,000.00 | 0.00 | | 29,656.28 | FA |
| **11** | **Assets**   **Totals** (Excluding unknown values) | **$219,600.00** | **$0.00** | | **$29,656.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     August 22, 2012

**Current Projected Date Of Final Report (TFR):**     August 22, 2012  (Actual)

Printed: 12/12/2012 02:54 PM     V.13.11

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75761
**Case Name:** MCKAY, MICHAEL A.
MCKAY, JENNIFER M.
**Taxpayer ID #:** **-***4454
**Period Ending:** 12/12/12

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******12-66 - Checking Account
**Blanket Bond:** $296,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/09/12 | | Fox & Fox, S.C. | Personal Injury Settlement | | 16,770.85 | | 16,770.85 |
| | {11} | | Total Medical Expenses     29,656.28 Received | 1242-000 | | | 16,770.85 |
| | | | Attorney Fees - Attorney     -9,885.43 Richard F. Rice | 3991-000 | | | 16,770.85 |
| | | | Debtors' Allowed     -3,000.00 Claimed Exemption | 8100-002 | | | 16,770.85 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 16,745.85 |
| 09/26/12 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 16,485.85 |
| 09/26/12 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $5,073.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,073.50 | 11,412.35 |
| 09/26/12 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,415.63, Trustee Compensation;  Reference: | 2100-000 | | 3,415.63 | 7,996.72 |
| 09/26/12 | 104 | Southwest Gas Corp. | Dividend paid  18.27% on $111.78; Claim# 1; Filed: $111.78; Reference: | 7100-000 | | 20.44 | 7,976.28 |
| 09/26/12 | 105 | Ryan Brothers Ambulance Inc | Dividend paid  18.27% on $217.65; Claim# 2; Filed: $217.65; Reference: | 7100-000 | | 39.78 | 7,936.50 |
| 09/26/12 | 106 | Arizona Public Service | Dividend paid  18.27% on $367.45; Claim# 3; Filed: $367.45; Reference: | 7100-000 | | 67.17 | 7,869.33 |
| 09/26/12 | 107 | MDC Environmental Services | Dividend paid  18.27% on $41.93; Claim# 4; Filed: $41.93; Reference: | 7100-000 | | 7.66 | 7,861.67 |
| 09/26/12 | 108 | Navy Federal Credit Union | Dividend paid  18.27% on $33,019.11; Claim# 6; Filed: $33,019.11; Reference: | 7100-000 | | 6,035.64 | 1,826.03 |
| 09/26/12 | 109 | American Express Bank, FSB | Dividend paid  18.27% on $9,989.67; Claim# 7; Filed: $9,989.67; Reference: | 7100-000 | | 1,826.03 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 16,770.85 | 16,770.85 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 16,770.85 | 16,770.85 |
| Less: Payments to Debtors | | 3,000.00 |
| **NET Receipts / Disbursements** | **$16,770.85** | **$13,770.85** |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-75761 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** MCKAY, MICHAEL A. | **Bank Name:** The Bank of New York Mellon |
| MCKAY, JENNIFER M. | **Account:** 9200-******12-66 - Checking Account |
| **Taxpayer ID #:** **-***4454 | **Blanket Bond:** $296,000.00 (per case limit) |
| **Period Ending:** 12/12/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******12-66** | **16,770.85** | **13,770.85** | **0.00** |
| | **$16,770.85** | **$16,770.85** | **$0.00** |

{} Asset reference(s)